IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHNNY TURNER                                                                                          PETITIONER

V.                                                                                   NO. 1:14CV198-SA-SAA

SUPERINTENDENT JOHNNY DENMARK                                                         RESPONDENT

## FINAL JUDGMENT

In accordance with an order entered today, this action is **DISMISSED** without prejudice.

All pending motions are **DISMISSED** as moot.

**SO ORDERED**, this the 17th day of December, 2014.

/s/ Sharion Aycock
CHIEF JUDGE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF MS